

ORDERED in the Southern District of Florida on March 3, 2023.

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re: Margaret Claire Surgeoner                Case No.: 22-16030-MAM
  SS#:    -5961                                 Chapter 13

         Debtor(s).
_____/

### AGREED ORDER ABATING RULING ON DEBTOR'S OBJECTION TO CLAIM #3

**THIS CASE** came before the Court without a hearing on the Debtor's Objection to Claim ("Objection") (DE#18). Based upon the mutual agreement of the parties, it is hereby:

**ORDERED**

1. This Court shall abate ruling on Debtor's Objection to Claim until such time as the US Department of Treasury - Internal Revenue Service ("IRS") has had an opportunity to process Debtor's amended 2020 income tax return.

2. Once said return is processed, the IRS shall either amend Claim #3 or notify Debtor's counsel that an amendment is not forthcoming and the reasons therefor.

3. Upon processing of the 2020 income tax return by the IRS, the Debtor shall take the necessary steps to either modify her plan to provide for an amended Claim #3, or file an Objection thereto.

###

Submitted By:

Law Firm of Hoskins, Turco, Lloyd & Lloyd
By: Colin V. Lloyd, Esquire
Florida Bar No.: 0165182
By: Justin A. Lefko, Esquire
Florida Bar No.: 101123
302 South Second Street
Fort Pierce, FL 34950
(772) 464-4600
(772) 465-4747  fax

Attorney Colin V. Lloyd, Esquire is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.